1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HIGGINS,** | Case No.: CV 22-160-DMG (JCx) |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION [27]** |
| v. | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | |
| Defendant. | |

Based upon the Parties' Stipulation [Doc. # 27], and good cause appearing, this Court hereby orders the above-captioned action dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 21, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE